## Western Picture Frame Company, Appellant, v. William Tuchin, Appellee.

Gen. No. 42,463.

opinion filed May 2, 1944. Irving H. Goldberg, for appellant; Maurice S. Weigle, of counsel; Sabath, Edelman & Light, for appellee; Milton J. Sabath and Albert S. Light, of counsel. Opinion by PRESIDING JUSTICE FRIEND. Not to be published in full.